Hon. Franklin D. Burgess
October 24, 2005
WITHOUT ORAL ARGUMENT

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| TERESA A. GALVIN,<br><br>            Plaintiff,<br><br>      v.<br><br>CORINTHIAN COLLEGES, INC., a Delaware corporation, d/b/a BRYMAN COLLEGE,<br><br>            Defendant. | NO. C05-5678 FDB<br><br>STIPULATED ORDER OF DISMISSAL AND AGREEMENT TO ARBITRATE<br><br>**NOTE ON MOTION CALENDAR:**<br>**October 24, 2005** |

## I. STIPULATION

COME NOW Plaintiff and Defendant, through their undersigned counsel of record, and hereby stipulate that:

1. Plaintiff's claims are subject to arbitration;

2. The Court should dismiss Plaintiff's claims without prejudice; and

3. The Parties agree that these claims will be submitted to arbitration.

STIPULATED ORDER OF DISMISSAL AND AGREEMENT TO ARBITRATE 1

(C05-5678FDB)

**Williams, Kastner & Gibbs PLLC**
Two Union Square, Suite 4100 (98101-2380)
Mail Address: P.O. Box 21926
Seattle, Washington 98111-3926
(206) 628-6600

1758779.1

1  RESPECTFULLY SUBMITTED this 24th day of October, 2005.

2  By s/C. Scott Kee                                By s/Randy J. Aliment
    C. Scott Kee, WSBA #28173              Randy J. Aliment, WSBA #11440
3  Attorneys for Plaintiffs                            Lisa C. Williams, WSBA #35446
  Ditlevson Rodgers Dixon, P.S.              Attorneys for the School
4  324 West Bay Drive NW                          Williams, Kastner & Gibbs PLLC
  Suite 201                                               601 Union Street, Suite 4100
5  Olympia, WA  98502                              Seattle, WA  98101-2380
  Telephone:  (360) 352-8311                 Telephone:  (206) 628-6600
6  Fax:  (360) 352-8501                                Fax:  (206) 628-6611
  E-mail: scottkee@buddbaylaw.com       E-mail: raliment@wkg.com
7                                                                 E-mail: lwilliams@wkg.com

8  II.  ORDER

9  THIS MATTER having come before the Court on the foregoing Stipulation of the

10 Parties, and the Court finding good cause, now, therefore, it is hereby ORDERED as follows:

11 Plaintiff's claims in this action are dismissed without prejudice pursuant to the terms of

12 the arbitration provisions contained in her written enrollment agreement.  The Parties will

13 submit Plaintiff's claims to arbitration consistent with this Order.

14 DONE this 26th day of October 2005.

                                                 FRANKLIN D. BURGESS
                                                 UNITED STATES DISTRICT JUDGE

17 PRESENTED BY:

19 By s/C. Scott Kee                                s/Randy J. Aliment
    C. Scott Kee, WSBA #28173              Randy J. Aliment, WSBA #11440
20 Attorneys for Plaintiffs                            Lisa C. Williams, WSBA #35446
  Ditlevson Rodgers Dixon, P.S.              Attorneys for the School
21 324 West Bay Drive NW                          Williams, Kastner & Gibbs PLLC
  Suite 201                                               601 Union Street, Suite 4100
22 Olympia, WA  98502                              Seattle, WA  98101-2380
  Telephone:  (360) 352-8311                 Telephone:  (206) 628-6600
23 Fax:  (360) 352-8501                                Fax:  (206) 628-6611
  E-mail: scottkee@buddbaylaw.com       E-mail: raliment@wkg.com
24                                                                E-mail: lwilliams@wkg.com

25

STIPULATED ORDER OF DISMISSAL AND AGREEMENT TO ARBITRATE 2

(C05-5678FDB)

**Williams, Kastner & Gibbs PLLC**
Two Union Square, Suite 4100 (98101-2380)
Mail Address: P.O. Box 21926
Seattle, Washington 98111-3926
(206) 628-6600

1758779.1

## CERTIFICATE OF SERVICE

I hereby certify that on October 24, 2005 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

    C. Scott Kee
    Ditlevson Rodgers Dixon, P.S.

    Randy J. Aliment
    Lisa C. Williams
    Williams, Kastner & Gibbs PLLC

    s/Randy J. Aliment
    Randy J. Aliment, WSBA #11440
    Lisa C. Williams, WSBA #35446
    Attorneys for the School
    Williams, Kastner & Gibbs PLLC
    601 Union Street, Suite 4100
    Seattle, WA  98101-2380
    Telephone:  (206) 628-6600
    Fax:  (206) 628-6611
    E-mail: raliment@wkg.com
    E-mail: lwilliams@wkg.com

STIPULATED ORDER OF DISMISSAL AND AGREEMENT TO ARBITRATE 3

(C05-5678FDB)

**Williams, Kastner & Gibbs PLLC**
Two Union Square, Suite 4100 (98101-2380)
Mail Address: P.O. Box 21926
Seattle, Washington 98111-3926
(206) 628-6600

1758779.1